```
1    MELINDA HAAG (CABN 132612)
     United States Attorney
2
     MIRANDA KANE (CABN 150630)
3    Chief, Criminal Division

4    SUSAN KNIGHT (CSBN 209013)
     Assistant United States Attorney
5
        150 Almaden Blvd., Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5061
7       FAX: (408) 535-5066
        E-Mail: Susan.Knight@usdoj.gov
8
9    Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00584 LHK |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING INITIAL APPEARANCE |
| VERNINA ADAMS, ) | |
| Defendant. ) | SAN JOSE VENUE |
| ) | |

The undersigned parties respectfully request that the initial appearance in the above-captioned matter be continued from September 6, 2012 to October 3, 2012. The reason for the continuance is that Richard Weese, who represents the defendant, is unavailable due to the recent birth of his child. Therefore, the parties request that the initial appearance be continued to October 3, 2012 at 1L30 p.m. before the Honorable Howard R. Lloyd. The defendant was arrested in Philadelphia, Pennsylvania, where she resides, on August 3, 2012. The Honorable Jacob Hart, Magistrate Judge in the Eastern District of Pennsylvania, released the defendant on a $50,000 unsecured bond, and ordered her to report to Pretrial Services, surrender and/or refrain from obtaining a passport, surrender and/or refrain from obtaining any firearms; actively seek

gainful employment, and refrain from apply for or opening new lines of credit or bank accounts prior to her September 6, 2012 appearance in the Northern District of California. The defendant, through her defense counsel, agrees to abide by these conditions.

SO STIPULATED:                    MELINDA HAAG
                                  United States Attorney

DATED: 9/5/12                     _____/s/_____
                                  SUSAN KNIGHT
                                  Assistant United States Attorney


DATED: 9/5/12                     _____/s/_____
                                  RICHARD WEESE
                                  Counsel for Ms. Adams

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the initial appearance scheduled for September 6, 2012 is continued to October 3, 2012 at 1:30 p.m. before the Honorable Howard R. Lloyd.

The Court FURTHER ORDERS that the defendant shall appear on October 3, 2012 at 1:30 p.m. before the Honorable Howard R. Lloyd. The defendant shall report to Pretrial Services prior to her initial appearance, and abide by all of the release conditions ordered by the Honorable Jacob Hart in the Eastern District of Pennsylvania.

SO ORDERED.

DATED: September 5, 2012          _____
                                  PAUL S. GREWAL
                                  United States Magistrate Judge