IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00584 LHK |
| Plaintiff, | |
| v. | **ORDER GRANTING REQUEST TO CONTINUE SENTENCING HEARING** |
| VERNINA ADAMS, | |
| Defendant. | |

Pursuant to Defendant's Status of Case and Motion to Continue Sentencing Hearing (ECF No. 28), the sentencing hearing is continued from May 29, 2013 at 9:30 a.m. to August 28, 2013 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: May 28, 2013

_____
LUCY H. KOH
UNITED STATES DISTRICT JUDGE